UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,              )
                                       )
                    Plaintiff,         )        CV-11-245-LRS
                                       )
          vs.                          )
                                       )
3942 F GARDEN SPOT ROAD, LOON          )        Order of Dismissal
LAKE, WASHINGTON, TOGETHER             )
WITH ALL APPURTENANCES,                )
FIXTURES, ATTACHMENTS, AND             )
IMPROVEMENTS THERETO AND               )
THEREUPON,                             )
                                       )
                    Defendant.         )

Before the Court is the parties' Joint Stipulation for Voluntary Dismissal,
pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii).

This Court accepts the stipulation and finds that the civil forfeiture action
pending against the Defendant real property should be dismissed.

The Court further finds that the parties have stipulated that each party is to
bear its own costs, fees and other expenses.

Accordingly, IT IS HEREBY ORDERED:

1)     That the civil forfeiture action pending against the Defendant real
property is hereby DISMISSED with prejudice;

2)     Each party is to bear its own costs, fees and other expenses; and,

3)     The United States shall record a Release of Lis Pendens in the
property records of Stevens County and provide a copy to Claimant's attorney,
Jeffry Finer.

The District Court Executive is hereby directed to enter this order, provide
copies to counsel, and CLOSE THE FILE.

DATED this 9th day of March, 2012.

*s/Lonny R. Suko*

_____
              Lonny R. Suko
         United States District Judge

Order of Dismissal - 1
Dismissal Order Garden Spot 2-23-12.wpd